# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2665

**DOUGLAS C. PALMER**
   **Clerk of Court**

Ronald Herron, #78527-053
MDC - Brooklyn
PO Box 329002
Brooklyn, NY 11232

Date: 12/07/2011

Docket Number: 11 CV 5956-NGG (include this number on all papers submitted to the Court)

Dear Litigant:

The Clerk's Office received the enclosed papers on 12/07/2011. A docket number has been assigned to your submission. The papers are deficient for one or more of the following reasons checked below. Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action, you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS LETTER**. If you do not comply, your case will not proceed.

☐ Papers, including complaints, petitions, motions or any other document, cannot be filed without an original signature pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is needed wherever an "X" appears.

☑ A filing fee of $5 [in cash, if submitted in person] or by certified check or money order made payable to the Clerk of Court, U.S.D.C.,E.D.N.Y., is required in order to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241 or 2254 - **or** - you may request to waive the filing fee of $5 by completing an *in forma pauperis* application (also known as IFP). 28 U.S.C. § 1915. An IFP application form is enclosed.

☐ Your IFP application does not contain enough information for the Court to consider your request. Please complete the enclosed IFP application. If you are presently incarcerated, please complete the enclosed Prisoner Authorization form as well as the IFP application.

☐ Other: _____

Sincerely,

*Michele Gapinski*
Chief Deputy for Court Operations

Enclosure(s)
rev. 8/30/11

- IFP Form